UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-10827-SK | Date | April 12, 2021 |
|---|---|---|---|
| Title | Omar Luna v. Daniel Yem-Joanne Yem Properties, LLC, et al | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge | |
|---|---|---|
| Connie Chung | | n/a |
| Deputy Clerk | | Court Smart / Recorder |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendant |
| None present | | None present |

**Proceedings:** (IN CHAMBERS) **ORDER EXTENDING SERVICE DEADLINE BY 21 DAYS**

Plaintiff's response to the Court's OSC (ECF 8), filed on April 5, 2021 (ECF 9), is construed as a request for extension of time to serve under Rule 4(m). So construed, the request is granted. Plaintiff must serve the complaint and summons on Defendant by no later than April 26, 2021. Proof of that service must be filed with the Court within 10 days of service of the complaint and summons. Plaintiff has shown no good cause for an extension exceeding 21 days (from the date of Plaintiff's response to the OSC). Failure to timely serve Defendant under Rule 4 and then to comply with Local Rule 73-2.2 will lead to dismissal of this action without prejudice for lack of prosecution.